UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7509 CAS (FFM) | Date | March 2, 2010 |
|---|---|---|---|
| Title | KENNY IN HWANG v. COUNTRYWIDE BANK NA, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **(Chambers:) ORDER INFORMING PLAINTIFF OF SUSPENSION OF COUNSEL FROM THE PRACTICE OF LAW & ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS ACTION**

On October 15, 2009, plaintiff Kenny In Hwang filed the instant action against Countrywide Bank, N.A.; Washington Mutual; and Does 1 through 10, for claims arising out of the mortgage loan obtained on her primary residence located at 4599 La Canada, Flintridge, California 91011 (the "Subject Property").

The Court is now informed that plaintiff's attorney, David Soon Young Lee, voluntarily resigned as a member of the State Bar of California on November 19, 2009, while disciplinary charges are pending; as a result, he may no longer practice law or represent plaintiff before this Court.

It appears from the record that no service of the summons and complaint has been made on defendants Countrywide Bank, N.A. or Washington Mutual. **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **March 16, 2010** why this action should not be dismissed for lack of prosecution **as to defendants Countrywide Bank, N.A. and Washington Mutual.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7509 CAS (FFM) | Date | March 2, 2010 |
|---|---|---|---|
| Title | KENNY IN HWANG v. COUNTRYWIDE BANK NA, ET AL. | | |

Plaintiff is advised that the Court will consider the following:

1) A proof of service of summons and complaint on **defendants Countrywide Bank, N.A. and Washington Mutual**

on or before the above date, as a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

: 

Initials of Preparer